IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| YOLANDA E. QUEWON,  :  Plaintiff,  : | |
| : | |
| v.  : | Case No. 2:24-cv-06778-JDW |
| : | |
| PHILADELPHIA HOUSING  :  AUTHORITY, et al.,  :  Defendants.  : | |

### ORDER

AND NOW, this 20th day of March, 2025, upon consideration of Plaintiff Yolanda E. Quewon's Motion to Proceed *In Forma Pauperis* (ECF No. 1), for the reasons stated in the accompanying Memorandum, it is **ORDERED** that the Motion is **GRANTED**, and the Amended Complaint is **DEEMED** filed.

It is **FURTHER ORDERED** that the Amended Complaint is **DISMISSED WITHOUT PREJUDICE** for the reasons in the accompanying Memorandum. Ms. Quewon may file a second amended complaint on or before April 25, 2025. Any second amended complaint must identify all defendants in the caption of the second amended complaint in addition to identifying them in the body of the second amended complaint and shall state the basis for Ms. Quewon's claims against each defendant. The second amended complaint shall be a complete document that does not rely on the Amended Complaint or other papers filed in this case to state a claim. When drafting her second amended complaint, Ms. Quewon should be mindful of the Court's reasons for dismissing the

claims in her Amended Complaint as explained in the Court's Memorandum. Upon the filing of a second amended complaint, the Clerk shall not make service until I so order.

It is **FURTHER ORDERED** that the Clerk of Court shall send Ms. Quewon a blank copy of this Court's current standard form to be used by a self-represented litigant filing a civil action bearing the above-captioned civil action number. Ms. Quewon may use this form to file her second amended complaint if she chooses to do so. If Ms. Quewon does not wish to amend her claims and instead intends to stand on her Amended Complaint as originally pled, then on or before April 25, 2025, she may file a notice with the Court stating that intent, at which time the Court will issue a final order dismissing the case. Any such notice should be titled "Notice to Stand on Amended Complaint," and shall include the civil action number for this case.

If Ms. Quewon fails to file any response to this Order, I will conclude that Ms. Quewon intends to stand on her Amended Complaint and will issue a final order dismissing this case.

It is **FURTHER ORDERED** that Ms. Quewon's Notice of Praecipe to Enter Default Judgment (ECF No. 6) is **DISMISSED AS MOOT**.

                                                        **BY THE COURT:**

                                                        */s/ Joshua D. Wolson*
                                                        **JOSHUA D. WOLSON, J.**