IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| YOLANDA E. QUEWON, | : | |
|     Plaintiff, | : | |
| | : | |
| v. | : | Case No. 2:24-cv-6778-JDW |
| | : | |
| PHILADELPHIA HOUSING | : | |
| AUTHORITY, et al., | : | |
|     Defendants. | : | |

### ORDER

AND NOW, this 29th day of April, 2025, upon consideration of Plaintiff Yolanda E. Quewon's *pro se* Second Amended Complaint (ECF No. 9), and for the reasons stated in the accompanying Memorandum, it is **ORDERED** that the Second Amended Complaint is **DISMISSED IN PART WITH PREJUDICE AND IN PART WITHOUT PREJUDICE** as follows:

    a.    Ms. Quewon's federal due process claims and claims under the Federal Housing Act are **DISMISSED WITH PREJUDICE**; and

    b.    Ms. Quewon's state law claims are **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction.

The Clerk of Court shall mark this case closed.

                                            **BY THE COURT:**

                                            */s/ Joshua D. Wolson*
                                            **JOSHUA D. WOLSON, J.**